MacMAHON, Respondent, v. BROOKLYN & N. Y. FERRY CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 1, 1896.) Action by Katie J. MacMahon, administratrix, etc., against the Brooklyn & New York Ferry Company. No opinion. Motion for leave to appeal to the court of appeals denied. Plaintiff's proceedings stayed for 10 days after entry of the order.

MARKEY, Appellant, v. QUEENS COUNTY et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 27, 1896.) Action by Kate Markey, as administratrix of the goods, chattels, and credits of Hugh Markey, deceased, against the county of Queens, impleaded, etc. No opinion. Judgment affirmed, with costs, with leave to the plaintiff to appeal to the court of appeals. All concur.

MASON, Respondent, v. EDWARDS, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 16, 1896.) Action by Anna Mason against Newton N. Edwards. No opinion. Judgment affirmed, with costs. All concur.

MERRITT, Respondent, v. MERRITT et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 15, 1896.) Action by George Merritt, as administrator with will annexed of Joshua Weeks, against John Merritt, as administrator, etc., and against Mary Ann. Weeks, impleaded. No opinion. Order affirmed, without costs. All concur.

MERZ v. INTERIOR CONDUIT & INSULATING CO. (Supreme Court, Appellate Division, First Department. November 20, 1896.) Action by Frank Merz against the Interior Conduit & Insulating Company. No opinion. Motion denied, with $10 costs.

MILLER BREWING CO., Respondent, v. CITY OF ROCHESTER, Appellant. (Supreme Court, Appellate Division, Fourth Department. April, 1896.) Action by the Miller Brewing Company against the city of Rochester. No opinion. Order affirmed, with $10 costs and disbursements. See 40 N. Y. Supp. 1145.

MILLER MANUF'G CO., Appellant, v. KULINSKI et al., Respondents. (Supreme Court, Appellate Term, First Department. September, 1896.) Action by the Miller Manufacturing Company against Eugene Kulinski and others. A. Loeser, for appellant. L. Wertheimer, for respondents. No opinion. Affirmed upon argument.

MINCK, Respondent, v. LEVY, Appellant. (Supreme Court, Appellate Term, First Department. October, 1896.) Action by Franklin J. Minck against Melanie Levy. I. H. Harris, for appellant. R. Marvin, for respondent. No opinion. Affirmed upon argument. See 40 N. Y. Supp. 348.

MOODY, Respondent, v. EVARTS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 16, 1896.) Action by William W. Moody against Merriam W. Evarts and others. No opinion. Order affirmed, with $10 costs and disbursements. All concur.

MOONEY, Appellant, v. NEW YORK EL. R. CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. November 6, 1896.) Action by Daniel Mooney against the New York Elevated Railroad Company and others. E. W. S. Johnston, for appellant. B. Tolles, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. See 38 N. Y. Supp. 688.

MOORE, Appellant, v. ELDRIDGE, Respondent. (Supreme Court, Appellate Division, Third Department. October 2, 1896.) Action by William Moore against Taylor J. Eldridge. No opinion. Motion for reargument granted, without costs. See 40 N. Y. Supp. 594.